**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN HAUBRICH, JR., SB# 228341
 E-Mail: John.Haubrich@lewisbrisbois.com
KIMBERLY H. WHANG, SB# 299368
 E-Mail: Kimberly.Whang@lewisbrisbois.com
MEGAN J. RUTENBERG, SB# 336897
 E-Mail: Megan.Rutenberg@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
DOWBUILT, INC.

**LIMONJYAN LAW GROUP, APC**
RUBEN LIMONJYAN, SB# 305307
 E-Mail: rlimonjyan@lawgroupla.com
ZARA ARAKELYAN, SB# 297677
 E-Mail: zarakelyan@lawgroupla.com
700 N. Central Avenue, Suite 240
Glendale, CA 91203
Telephone: 213.277.7444
Facimile: 213.266.9636

Attorneys for Plaintiff JAMES FULLMER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES FULLMER, an individual<br><br>       Plaintiff,<br><br>    vs.<br><br>DOWBUILT, INC., a Washington Corporation and DOES 1 through 20, inclusive,<br><br>       Defendant. | Case No. 2:22-cv-00916-FMO (JCx)<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>[Hon. Fernando M. Olguin, Courtroom 8C]<br><br>Action Filed:    December 20, 2021<br>Action Removed: February 10, 2022<br>Trial Date:      May 02, 2023 |

**IT IS HEREBY STIPULATED**, between Plaintiff JAMES FULLMER ("Plaintiff") and Defendant DOWBUILT, INC. ("Defendant"), by and through their respective attorneys of record, that all of Plaintiff's claims against Defendant in Case No. 2:22-cv-00916-FMO (JCx) of the United States District Court for the

Central District of California are **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

DATED: September 21, 2022        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MEGAN J. RUTENBERG
Attorneys for Defendant DOWBUILT, INC.

DATED: September 21, 2022        LIMONJYAN LAW GROUP, APC

By: _____
RUBEN LIMONJYAN
Attorneys for Plaintiff JAMES FULLMER